308 Ga. 339
FINAL COPY

S20Y0679.  IN THE MATTER OF MARC CELELLO.

P ER CURIAM.

This disciplinary matter is before the Court on the petition of Marc Celello (State Bar No. 950497) for voluntary surrender of his license following the entry of a guilty plea in the United States District Court for the Northern District of Georgia to conspiracy to commit securities fraud in violation of 18 USC § 371.  Celello, who was admitted to the Bar in 1997, admits that by his conviction he has violated Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d).  The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment.

The State Bar has not filed a response.

We have reviewed the record and agree to accept Celello's petition for the voluntary surrender of his license, which is tantamount to disbarment.  See Rule 1.0 (r).  Accordingly, the name of Marc Celello is hereby removed from the rolls of persons entitled

to practice law in the State of Georgia. Celello is reminded of his duties under Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. Melton, C. J., Nahmias, P. J., and Blackwell, Boggs, Peterson, Warren, Bethel, and Ellington, JJ., concur.*

DECIDED MARCH 13, 2020.
Voluntary surrender of license.
*Davis, Zipperman, Kirschenbaum & Lotito, Nicholas A. Lotito,* for Celello.